UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                     CASE NO. 4:13-cv-00054 JMM

REAL PROPERTY AND RESIDENCE
LOCATED AT 2020 N. SPRUCE STREET,
LITTLE ROCK, ARKANSAS;

REAL PROPERTY AND RESIDENCE
LOCATED AT 4817 STONEWALL ROAD,
LITTLE ROCK, ARKANSAS;

REAL PROPERTY AND STRUCTURES
LOCATED AT 1616 BROOKWOOD DRIVE,
LITTLE ROCK, ARKANSAS;

$2,622,332.10 FROM FIRST SECURITY BANK
ACCOUNT NO. XXXXX659;

$2,131,793.23 FROM FIRST SECURITY BANK
ACCOUNT NO. XXXXX640;

$80,534.62 FROM CENTENNIAL BANK
ACCOUNT NO. XXXXX050;

$31,315.43 FROM DELTA TRUST & BANK
ACCOUNT NO. XXXXX437;

$1,000,821.92 FROM SUMMIT BANK
ACCOUNT NO. XXXXX724;

$1,001,891.30 FROM HEARTLAND BANK
ACCOUNT NO. XXXXX930;

$331,577.92 FROM BANK OF LITTLE ROCK
ACCOUNT NO. XXXXX649;

$73,643.00 IN CASH SEIZED FROM
2020 N. SPRUCE, LITTLE ROCK, ARKANSAS;

$84,430.32 FROM JOHN HANCOCK
LIFE INSURANCE POLICY NO. XXXXX131;


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 13 2013
JAMES W. McCORMACK, CLERK
By:_____
                         DEP CLERK

CONTENTS OF RAYMOND JAMES & ASSOCIATES, INC.
INVESTMENT ACCOUNT NO. XXXXX944;

CONTENTS OF RAYMOND JAMES & ASSOCIATES, INC.
INVESTMENT ACCOUNT NO. XXXXX433;

2008 BENTLEY CONTINENTAL GTC
(VIN SCBDR33WX8C051916);

2013 FORD CREW 4X4 RAPTOR
(VIN 1FTFW1R62DFA34983);

2009 CHEVROLET EXPRESS CARGO VAN
(VIN 1GCGG25C791139333);

2011 FORD F150 CREW CAB 4X4
(VIN 1FTFW1EF7BFC84903); and

2009 LEXUS RX 350 SUV
(VIN 2T2GK31U59C072161)                                                        DEFENDANTS

## VERIFIED AMENDED COMPLAINT *IN REM*

The United States, for its verified amended complaint *in rem* against the above-described property, states:

### NATURE OF THE ACTION AND DEFENDANT IN REM

1. This is an action to forfeit to the United States 3 parcels of real estate and their buildings, appurtenances, and improvements; $73,643.00 in currency seized from a residence; $7,200,266.52 in United States currency seized from numerous bank accounts; $84,430.32 in the cash surrender value of a life insurance policy; contents of 2 investment accounts; and 5 vehicles (collectively "Defendant Property"). This action is governed by Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

### JURISDICTION AND VENUE

2. This Court has subject-matter jurisdiction over this action under 28 U.S.C. §§ 1345 and 1355(a).

3. This Court has *in rem* personal jurisdiction over the Defendant Property under 28 U.S.C. 1355(b).

4. Venue is proper in the Eastern District of Arkansas under 28 U.S.C. §§ 1355(b)(1) and 1395 because the Defendant Property is located in this district.

## BASIS FOR FORFEITURE

5. As more fully explained in this Affidavit, the investigation to date reveals evidence that Defendant Property represents proceeds of financial transactions in violation of 18 U.S.C. § 1343 (Wire Fraud) and 18 U.S.C. § 1956 (Money Laundering). Further, the Defendant Property was also involved in violations of 18 U.S.C. §§ 1956 (Money Laundering) and 1957 (Money Laundering-Spending).

6. As proceeds of wire fraud and money laundering, Defendant Property is subject to forfeiture under 18, U.S.C. § 981(a)(1)(C) and (D). Further, as property involved in money laundering, Defendant Property is also subject to forfeiture under 18, U.S.C. § 981(a)(1)(A).

## FACTS

7. The facts in support of this amended complaint are set forth in the affidavit attached to this amended complaint as Exhibit A.

WHEREFORE, the United States prays that that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the United States will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c); that notice be given to all interested parties to appear and show cause why forfeiture should not be decreed; that the Defendant Property be forfeited to the United States; that due process issue to enforce the decree of forfeiture; and for all other proper relief.

End of text. Signature Page and Verification Attached.

Dated: May 13, 2013

Respectfully submitted,

CHRISTOPHER R. THYER
UNITED STATES ATTORNEY

By: /s/ Cameron C. McCree
CAMERON C. McCREE (2007148)
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, Arkansas 72203
(501) 340-2624
Cameron.McCree@usdoj.gov

## VERIFICATION

I, Shaun Roth, verify and declare under penalty of perjury that (1) I am a Special Agent with the Federal Bureau of Investigation; (2) I have read the foregoing Verified Amended Complaint *in rem* and know its contents; and (3) the matters contained in the Verified Amended Complaint *in rem* are true to my own knowledge, except that those matters stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are (1) my participation in this investigation; (2) information learned from oral and written reports written by other law enforcement officers; and (3) information from witnesses, physical surveillance, seized contraband, and other physical evidence.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated: May 13, 2013

SHAUN ROTH, Special Agent
Federal Bureau of Investigation

# EXHIBIT A

# FILED UNDER SEAL