UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                           CASE NO. 4:13CV00054 SWW

REAL PROPERTY AND RESIDENCE
LOCATED AT 2020 N. SPRUCE STREET,
LITTLE ROCK, ARKANSAS; *et al*                                           DEFENDANTS

## ORDER OF FORFEITURE

The United States moves for an order of forfeiture.  The motion of the United States is

GRANTED.  As guided by 18 U.S.C. § 983 and Supplemental Rule G of the Supplemental Rules

for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a verified

complaint *in rem* for forfeiture, served the complaint on all required parties, and published notice

of the action.  The United States and all of the claimants in this action, King Coal, LLC, King

Coal Holdings, LLC, Ecotec Coal, LLC, Stephen Parks, Anna Harper, and Dana Messina, agree

that all of the Defendant Properties, except Defendants 2020 N. Spruce Street, Little Rock,

Arkansas and $73,643.00 in cash seized from 2020 N. Spruce, Little Rock, Arkansas, are subject

to forfeiture.  The United States has moved to dismiss 2020 N. Spruce Street and the $73,643.00

from this civil forfeiture action.  That request is also GRANTED, and those two parties are

dismissed.

The Court now declares that the following defendant properties are declared forfeited and

title is vested in the United States:  the real property and residence located at 4817 Stonewall

Road, Little Rock, Arkansas; the real property and structures located at 1616 Brookwood Drive,

Little Rock, Arkansas; $2,131,793.23 from First Security bank account no. XXXXX640;

$80,534.62 from Centennial Bank account no. XXXXX050; $31,315.43 from Delta Trust &

Bank account no. XXXXX437; $1,000,821.92 from Summit Bank account no. XXXXX724;

$1,001,891.30 from Heartland Bank account no. XXXXX930; $331,577.92 from Bank of Little Rock account no. XXXXX649; $84,430.32 from John Hancock Life Insurance policy no. XXXXX131; the contents of Raymond James & Associates, Inc. Investment account no. XXXXX944; the contents of Raymond James & Associates, Inc. Investment account no. XXXXX433; a 2008 Bentley Continental GTC convertible, bearing VIN SCBDR33WX8C051916; a 2013 Ford F150 Crew 4x4 Raptor, bearing VIN 1FTFW1R62DFA34983; a 2009 Chevrolet Express Cargo Van, bearing VIN 1GCGG25C791139333; a 2011 Ford F150 Crew Cab 4x4, bearing VIN 1FTFW1EF7BFC84903; and a 2009 Lexus RX 350 SUV, bearing VIN 2T2GK31U59C072161.  All prior claims in and against these properties are extinguished and declared void.  The properties shall be turned over to the United States and disposed of according to law.[1]

IT IS SO ORDERED this 8th day of October 2015.

/s/ Susan Webber Wright
United States District Judge

---

[1] The Court notes that, for the reasons cited in the motion of the United States, the case shall continue against Defendant $2,662,322.10 from First security Bank account no. XXXXX659 and Defendant Metropolitan National Bank cashier's check no. 667018 in the amount of $163,203.40.