IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:13CV00054 SWW |
| | * | |
| 2020 NORTH SPRUCE STREET, | * | |
| LITTLE ROCK, ARKANSAS, ET AL., | * | |
| | * | |
| Defendants. | * | |
| | * | |

**Order**

Before the Court is defendants' motion to dismiss to which the government responded.

The Court finds the motion [ECF No. 73] should be and is hereby denied as moot.

DATED this 9th day of October, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE